PER CURIAM.
Affirmed. See Mosier v. State, 113 So.3d 843 (Fla. 2d DCA 2013) (table decision); Mosier v. State, 60 So.3d 397 (Fla. 2d DCA 2011) (table decision); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); McNeil v. State, 993 So.2d 1030 (Fla. 2d DCA 2008); Sweet v. State, 987 So.2d 747 (Fla. 2d DCA 2008); Blocker v. State, 968 So.2d 686 (Fla. 2d DCA 2007); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Nedd v. State, 855 So.2d 664 (Fla. 2d DCA 2003); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777 So.2d 994 (Fla. 2d DCA 2000).
NORTHCUTT, WALLACE, and CRENSHAW, JJ., Concur.